Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
26, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed June 26, 2003.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00670-CV

____________

 

IN RE JOSEPH EDWARD MECHANIK, DPM, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On June 11, 2003 relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  On June 20, 2003, relator
filed a motion for emergency stay.

We overrule relator=s motion for emergency stay, and deny
relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed June 26, 2003.

Panel consists of
Justices Yates, Hudson, and Frost.